*Certiorari* to the Quarter Sessions of the peace of Lancaster county, concerning a road begin- ning at May Town and leading from thence to or near John Haldiman's Mill in Donegal town- ship.

Confirmation of a road reversed, because the reviewers had not actually reviewed the road; and because one of the petitioners for the road, had been appointed a reviewer.

IT appeared by the record returned, that at February sessions

[Prevost, in Error, *v.* Nicholls.]

1804, the road had been applied for by petition, and viewers appointed; at May sessions following the viewers reported that the road was necessary for public use; at August sessions following, a review was prayed for, upon which Samuel Evans was appointed one of the reviewers, which said Samuel had with six others signed the original petition for the road; and a return having been made at November sessions following, concurring with the former return, the same was confirmed as a public road.

It also appeared by two affidavits, that there had been no actual review of the road.

Mr. Hopkins submitted the case without argument to the court, Messrs. Smith and Montgomery of counsel in support of the road, not being present.

The court reversed the proceedings below, as well because there really had been no review, as that one of the petitioners for the road had been appointed a reviewer. It is inconsistent with the first principles of justice, that the same person should be both judge and party.

Cited in 21 W. N. C. 428 to show that a report of viewers should be set aside when a petitioner is one of the viewers.